IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No.    02–cr–00535–EWN
02–cr–00537–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANK O'BRYAN,

    Defendant.

---

### ORDER EXCLUDING WITNESSES

---

    It is

    **ORDERED** as follows:

    1.    All persons who expect to be called as witnesses in the cases of *United States of America v. Frank O'Bryan*, Criminal Action No. 02-cr-535-EWN and No. 02-cr-537-EWN, are **EXCLUDED FROM THE COURTROOM** during all further proceedings in these cases.

    2.    No witness shall discuss with any other witness either the questions propounded to the witness or the testimony which he or she gave in response to the questions.

    Dated this 26th day of January, 2006.

    BY THE COURT:

    */s/ Edward W. Nottingham*
    EDWARD W. NOTTINGHAM
    United States District Judge